NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND WRIGHT,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-3827
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.